**Dismissed and Memorandum Opinion filed July 14, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00135-CV

### MECCA FARMS GROUP, LLC, Appellant

### V.

### JUBOORI METAL WORKS, Appellee

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2013-71994**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed January 21, 2015. The clerk's record was filed April 1, 2015. The reporter's record was filed March 20, 2015. No brief was filed.

On May 28, 2015, this court issued an order stating that unless appellant submitted a brief on or before June 29, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally and Donovan.